No. 80–5235.  FINNEY v. BALKCOM, WARDEN.  Super. Ct. Ga., Tattnall County;

No. 80–5252.  STEELMAN v. ARIZONA.  Sup. Ct. Ariz.; and

No. 80–5268.  ANTONE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  Reported below: No. 80–5252, 120 Ariz. 301, 585 P. 2d 1213; No. 80–5268, 382 So. 2d 1205.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1694.  HAMILTON v. GENERAL MOTORS CORP., 447 U. S. 907.  Petition for rehearing denied.

OCTOBER 20, 1980

No. 80–215.  EDWARDS ET AL. v. SERVICE MACHINE & SHIPBUILDING CORP., INC., ET AL.  Affirmed on appeal from C. A. 5th Cir.

No. 80–116.  DARRIGO v. STATE COMMISSION ON JUDICIAL CONDUCT ET AL.  Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  JUSTICE WHITE and JUSTICE STEVENS would dismiss for want of substantial federal question.